1

2

3                    UNITED STATES DISTRICT COURT

4                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
5

6   WESCOM CAPITAL, INC.,                        Case No. C07-1912MJP

7                        Plaintiff,

8          v.                                    ORDER DENYING MOTION
                                                 FOR DEFAULT
9   ATLANTIS INTERNET GROUP CORP., a
10  Nevada corporation d/b/a/ ATLANTIS
    INTERNET GROUP.COM, INC.,
11
                         Defendant,
12

13          This matter comes before the Court on Plaintiff's motion for default. (Dkt. No. 7.)  After

14  the motion was filed, Defendant Atlantis appeared, opposed the motion for default (Dkt. No. 8)

15  and separately filed a motion to dismiss or stay pending arbitration (Dkt. No. 9.)  Having

16  considered the motion and response, Plaintiff's reply (Dkt. No. 12), and the record herein, the

17  Court DENIES the motion for default.

18          Federal Rule of Civil Procedure 55 provides that when a party against whom a judgment

19  for affirmative relief is sought has failed to plead or otherwise defend, the court clerk must enter

20  default against that party.  In this case, Defendant Atlantis Internet Group Corp. failed to timely

21  plead or otherwise defend, but has now, ninety-five days after the complaint and summons were

22  served, appeared and filed a motion to dismiss in lieu of an answer. (Dkt. No. 9.)  Although

23  Defendant's response to Plaintiff's complaint is untimely, the Court declines to enter default, in

24  part to avoid protracted litigation over whether any default or default judgment should be set

25  aside. See Fed. R. Civ. P. 55(c) & 60(b).  The Court admonishes Defendant, however, that it

26  must from this point forward abide by all applicable federal procedural rules.

27

ORDER — 1

1    The Court will consider the merits of Defendant's argument that the parties should

2    proceed to arbitration when it considers Defendant's motion to dismiss.

3    Dated: April 1, 2008.

4

5

6    Marsha J. Pechman
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER — 2